**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kevin Daniel Trybend                  CHAPTER 13

         Debtor(s)

                                BKY. NO. 19-20770 GTL

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust and index same on the master mailing list.

                        Respectfully submitted,

/s/ 

Denise Carlon
18 Jul 2023, 16:29:59, EDT

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com