| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kevin Daniel Trybend |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Western District of PA | |
| Case number | 19-20770 GTL |

Form 4100R

# Response to Notice of Final Cure Payment  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 0730

**Property address:**
1000 Fourth Street
Canonsburg, PA 15317

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:           (a)  $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b)  $ _____
c. **Total.** Add lines a and b.                       (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Document ID: 5df072e537a3123af685dbbfdcf0db253a0ff2ac98fe81aed712a2a3895e2559

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/     Date   07/17/2023
Denise Carlon
17 Jul 2023, 17:31:00, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin Daniel Trybend<br>　　　　　　　　　　　Debtor(s)<br><br>U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust<br>　　　　　　　　　　　Movant<br>　　　vs.<br><br>Kevin Daniel Trybend<br>　　　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　　　　　Trustee | BK NO. 19-20770 GTL<br><br>Chapter 13<br><br>Related to Claim No. 6-1 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 20, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Kevin Daniel Trybend
1000 Fourth Street
Canonsburg, PA 15317

<u>Attorney for Debtor(s) (via ECF)</u>
Scott R. Lowden, Esq.
100 Heathmore Avenue
Pittsburgh, PA 15227

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail.

Dated: <u>July 20, 2023</u>

　　　　　　　　　　　　　　　　　　*/s/ Denise Carlon*
　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com