Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kevin Daniel Trybend** | : | Case No. 19−20770−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 106 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/20/23 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of July, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 106 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1)  *On or before September 8, 2023*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *September 20, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-20770-GLT
Kevin Daniel Trybend  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Jul 26, 2023  Form ID: 604  Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Daniel Trybend, 1000 Fourth Street, Canonsburg, PA 15317-1910 |
| sp | + | Betty Mesler, 4150 Washington Road, McMurray, PA 15317-2534 |
| cr | + | Canonsburg Houston Sanitary Authority, 68 E Pike Street, Suite 103, Canonsburg, PA 15317-1375 |
| 15002706 | + | Bourough of Canonsburg, c/o Michael McCabe, Esq., 1424 Frick Bldg, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 15002707 | + | Canonsburg Houston Sewer Auth, 1900 Main Street, Suite 207, Canonsburg, PA 15317-5861 |
| 15002708 | + | Clerk of Courts, Washington County Courthouse, 1 South Main Street, Washington, PA 15301-6813 |
| 15002711 | + | Federal National Mortgage Association, c/o Ann E Swarts, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15002710 | + | Federal National Mortgage Association, P.O. Box 650043, Dallas, TX 75265-0043 |
| 15002713 | | Jefferson Capital Systems / Verizion Wi, Po Box 1999, Saint Cloud, MN 56302 |
| 15002714 | + | PA Dept of Revenue, 11 Parkway Ctr, #175, Pittsburgh, PA 15220-3623 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 27 2023 08:27:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15025707 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 27 2023 08:28:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 15040259 | + | Email/Text: ebnjts@grblaw.com | Jul 27 2023 08:27:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15002709 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 27 2023 08:28:00 | Credit Collection Services / Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15002712 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 08:27:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15025811 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2023 08:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15045792 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 27 2023 08:29:00 | LSF11 Master Participation Trust, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 15046493 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 08:56:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15002715 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 27 2023 08:28:00 | PA-American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15002716 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 08:26:00 | Pnc Bank, N.a., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15369701 | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Jul 27 2023 08:12:27 | U.S. Bank Trust National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15002717 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 27 2023 08:28:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15019944 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 27 2023 08:28:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LSF11 MASTER PARTICIPATION TRUST |
| cr | | U.S. Bank Trust National Association, not in its i |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2023                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST cwohlrab@ecf.courtdrive.com cwohlrab@ecf.courtdrive.com |
| David A. Rice | on behalf of Debtor Kevin Daniel Trybend ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Michael F. Santicola | on behalf of Creditor Canonsburg Houston Sanitary Authority michael@ssslawyer.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Kevin Daniel Trybend lowdenscott@gmail.com |
| Sindi Mncina | on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST smncina@rascrane.com |
| Stephen Russell Franks | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jul 26, 2023 | Form ID: 604 | Total Noticed: 23 |

      on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST amps@manleydeas.com

Thomas Song

      on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST pawb@fedphe.com

TOTAL: 11