**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KEVIN DANIEL TRYBEND

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
      vs.
No Respondents.

Case No.:19-20770

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

      1. The case was filed on 02/28/2019  and confirmed on 4/9/19 . The case was subsequently      Completed After Confirmation

      2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,786.00 |
| Less Refunds to Debtor | 1,375.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 91,410.89 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,000.00 | |
|   Trustee Fee | 4,428.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,428.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 0.00 | 42,176.23 | 0.00 | 42,176.23 |
|   Acct: 0730 | | | | |
| US BANK TRUST NA - TRUSTEE ET AL | 21,846.98 | 21,846.98 | 0.00 | 21,846.98 |
|   Acct: 0730 | | | | |
| CANONSBURG BOROUGH OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7801 | | | | |
| CANONSBURG HOUSTON JOINT SEWER | 349.16 | 349.16 | 112.45 | 461.61 |
|   Acct: 8692 | | | | |
| CANONSBURG BOROUGH-GARBAGE | 3,259.17 | 3,259.17 | 936.98 | 4,196.15 |
|   Acct: 1100 | | | | |
| CANONSBURG BOROUGH-GARBAGE | 3,245.14 | 3,245.14 | 0.00 | 3,245.14 |
|   Acct: 1100 | | | | |
| | | | | 71,926.11 |
| **Priority** | | | | |
| DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KEVIN DANIEL TRYBEND | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KEVIN DANIEL TRYBEND | 1,375.11 | 1,375.11 | 0.00 | 0.00 |
|   Acct: | | | | |
| RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| RICE AND ASSOCIATES | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX0/21 | | | | |
| RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXX8/23 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2917 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2917 | | | | |
| ***N O N E*** | | | | |
| **Unsecured** | | | | |
| WASHINGTON CTY CT OF COMMON PLEA | 0.00 | 0.00 | 0.00 | 0.00 |

19-20770                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2017 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7101 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 487.02 | 487.02 | 0.00 | 487.02 |
| Acct: 0001 | | | | |
| AMERICAN WATER(*) | 447.51 | 447.51 | 0.00 | 447.51 |
| Acct: 2809 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 1,030.03 | 1,030.03 | 0.00 | 1,030.03 |
| Acct: 2459 | | | | |
| INTERNAL REVENUE SERVICE* | 5,091.93 | 5,091.93 | 0.00 | 5,091.93 |
| Acct: 2917 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| PHELAN HALLINAN DIAMOND & JONES Ll | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL F SANTICOLA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,056.49 |

TOTAL PAID TO CREDITORS                                                                  78,982.60

TOTAL CLAIMED
PRIORITY             0.00
SECURED         28,700.45
UNSECURED        7,056.49

Date: 07/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>    KEVIN DANIEL TRYBEND<br><br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>                Movant<br>                    vs.<br>    No Repondents. | Case No.:19-20770<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-20770-GLT |
|---|---|
| Kevin Daniel Trybend | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Daniel Trybend, 1000 Fourth Street, Canonsburg, PA 15317-1910 |
| sp | + | Betty Mesler, 4150 Washington Road, McMurray, PA 15317-2534 |
| cr | + | Canonsburg Houston Sanitary Authority, 68 E Pike Street, Suite 103, Canonsburg, PA 15317-1375 |
| 15002706 | + | Bourough of Canonsburg, c/o Michael McCabe, Esq., 1424 Frick Bldg, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 15002707 | + | Canonsburg Houston Sewer Auth, 1900 Main Street, Suite 207, Canonsburg, PA 15317-5861 |
| 15002708 | + | Clerk of Courts, Washington County Courthouse, 1 South Main Street, Washington, PA 15301-6813 |
| 15002711 | + | Federal National Mortgage Association, c/o Ann E Swarts, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15002710 | + | Federal National Mortgage Association, P.O. Box 650043, Dallas, TX 75265-0043 |
| 15002713 | | Jefferson Capital Systems / Verizion Wi, Po Box 1999, Saint Cloud, MN 56302 |
| 15002714 | + | PA Dept of Revenue, 11 Parkway Ctr, #175, Pittsburgh, PA 15220-3623 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 27 2023 08:27:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15025707 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 27 2023 08:28:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 15040259 | + | Email/Text: ebnjts@grblaw.com | Jul 27 2023 08:27:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15002709 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 27 2023 08:28:00 | Credit Collection Services / Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15002712 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 08:27:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15025811 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2023 08:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15045792 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 27 2023 08:29:00 | LSF11 Master Participation Trust, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 15046493 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 08:56:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15002715 | + | Email/Text: csc.bankruptcy@amwater.com | Jul 27 2023 08:28:00 | PA-American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15002716 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 08:26:00 | Pnc Bank, N.a., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 15369701 | ^ | MEBN | | |

| | | Jul 27 2023 08:12:29 | U.S. Bank Trust National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
|---|---|---|---|
| 15002717 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Jul 27 2023 08:28:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15019944 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Jul 27 2023 08:28:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LSF11 MASTER PARTICIPATION TRUST |
| cr | | U.S. Bank Trust National Association, not in its i |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST cwohlrab@ecf.courtdrive.com  cwohlrab@ecf.courtdrive.com |
| David A. Rice | on behalf of Debtor Kevin Daniel Trybend ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Michael F. Santicola | on behalf of Creditor Canonsburg Houston Sanitary Authority michael@ssslawyer.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Kevin Daniel Trybend lowdenscott@gmail.com |
| Sindi Mncina | on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST smncina@rascrane.com |
| Stephen Russell Franks | |

District/off: 0315-2                                   User: auto                                    Page 3 of 3

Date Rcvd: Jul 26, 2023                              Form ID: pdf900                            Total Noticed: 23

on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST amps@manleydeas.com

Thomas Song

on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST pawb@fedphe.com

TOTAL: 11