IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  KEVIN DANIEL TRYBEND

      Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:19-20770

Chapter 13

Related to Docket No. 106

FILED
9/11/23 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this 11th Day of September, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kevin Daniel Trybend  
    Debtor

Case No. 19-20770-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Sep 11, 2023      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Daniel Trybend, 1000 Fourth Street, Canonsburg, PA 15317-1910 |
| sp | + | Betty Mesler, 4150 Washington Road, McMurray, PA 15317-2534 |
| cr | + | Canonsburg Houston Sanitary Authority, 68 E Pike Street, Suite 103, Canonsburg, PA 15317-1375 |
| 15002706 | + | Bourough of Canonsburg, c/o Michael McCabe, Esq., 1424 Frick Bldg, 437 Grant Street, Pittsburgh, PA 15219-6002 |
| 15002707 | + | Canonsburg Houston Sewer Auth, 1900 Main Street, Suite 207, Canonsburg, PA 15317-5861 |
| 15002708 | #+ | Clerk of Courts, Washington County Courthouse, 1 South Main Street, Washington, PA 15301-6813 |
| 15002711 | + | Federal National Mortgage Association, c/o Ann E Swarts, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 15002710 | + | Federal National Mortgage Association, P.O. Box 650043, Dallas, TX 75265-0043 |
| 15002713 | | Jefferson Capital Systems / Verizion Wi, Po Box 1999, Saint Cloud, MN 56302 |
| 15002714 | + | PA Dept of Revenue, 11 Parkway Ctr, #175, Pittsburgh, PA 15220-3623 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 11 2023 23:38:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15025707 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 11 2023 23:38:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 15040259 | + | Email/Text: ebnjts@grblaw.com | Sep 11 2023 23:38:00 | Borough of Canonsburg, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15002709 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 11 2023 23:38:00 | Credit Collection Services / Progressive, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15002712 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2023 23:38:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 15025811 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2023 23:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15045792 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 11 2023 23:38:00 | LSF11 Master Participation Trust, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 15046493 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2023 23:47:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15002715 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 11 2023 23:38:00 | PA-American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15002716 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

Case 19-20770-GLT    Doc 113    Filed 09/13/23    Entered 09/14/23 00:29:33    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: pdf900 | Total Noticed: 23 |

|  |  |  | Sep 11 2023 23:38:00 | Pnc Bank, N.a., 2730 Liberty Avenue, Pittsburgh, PA 15222 |
|---|---|---|---|---|
| 15369701 | ^ | MEBN |  |  |
|  |  |  | Sep 11 2023 23:34:23 | U.S. Bank Trust National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 15002717 | + | Email/Text: bankruptcy@firstenergycorp.com |  |  |
|  |  |  | Sep 11 2023 23:38:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15019944 | + | Email/Text: bankruptcy@firstenergycorp.com |  |  |
|  |  |  | Sep 11 2023 23:38:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LSF11 MASTER PARTICIPATION TRUST |
| cr |  | U.S. Bank Trust National Association, not in its i |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| David A. Rice | on behalf of Debtor Kevin Daniel Trybend ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF11 Master Participation Trust dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Michael F. Santicola | on behalf of Creditor Canonsburg Houston Sanitary Authority michael@ssslawyer.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Kevin Daniel Trybend lowdenscott@gmail.com |

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Sep 11, 2023     Form ID: pdf900     Total Noticed: 23

Sindi Mncina
         on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST smncina@raslg.com

Stephen Russell Franks
         on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST amps@manleydeas.com

Thomas Song
         on behalf of Creditor LSF11 MASTER PARTICIPATION TRUST pawb@fedphe.com

TOTAL: 11